04-11473-PBS



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                                    CASE NO. 04-13855
   FORT HILL SQUARE ASSOCIATES and
   FORT HILL SQUARE PHASE 2 ASSOCIATES

   DEBTOR
                                          CHAPTER:  11

---

CLERK'S CERTIFICATION
FOR TRANSMITTAL OF ADDENDUM TO RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Appellee's Designation of Additional Pleadings for the Record on Appeal and constitute the Record on Appeal in the case entitled Fort Hill Square Associates and Fort Hill Square Phase 2 Associates and numbered 1 - 43.



IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court at Boston on August 12, 2002.

BY THE CLERK,
BY:   Yvonne Woodbury
      _____
      DEPUTY CLERK

303

---

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _____ day of _____, 20____.
This case has been assigned No. _____.

                                          _____
                                          DEPUTY CLERK