UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL 13  P 4 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

In re
**FORT HILL SQUARE ASSOCIATES and
FORT HILL SQUARE PHASE 2 ASSOCIATES**

IP COMPANY, L.L.C,

   Appellants

v.

FORT HILL SQUARE ASSOCIATES,
FORT HILL SQUARE PHASE 2 ASSOCIATES,
and OFFICIAL COMMITTEE OF
UNSECURED CREDITORS,

   Appellees.

Civil Action No.
04-CV-11473-PBS

## DEBTORS' MOTION TO DISMISS APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8001, 8003 and 8011, and 28 U.S.C. §158, Appellees Fort Hill Square Associates and Fort Hill Square Phase 2 Associates (collectively the "Debtors"), hereby move for dismissal of this appeal. This appeal of orders for use of the cash collateral issued by the United States Bankruptcy Court (Feeney, J.) should be dismissed because the orders are not final, the appellants did not seek leave to file an interlocutory appeal, and no grounds exist for permitting an interlocutory appeal in this case. In further support of this Motion, the Debtors rely on and incorporate herein by reference *Debtors' Memorandum in Support of Their Motion to Dismiss Appeal*, filed herewith.

   WHEREFORE, Debtors respectfully request that the appeal of IP Company to this Court be DISMISSED.

## CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that they conferred with IP Company's counsel in a good-faith effort to resolve or narrow the issues raised in this Motion. However, given the dispositive nature of this Motion, no agreement was reached.

Respectfully Submitted,

FORT HILL SQUARE ASSOCIATES and
FORT HILL SQUARE PHASE 2 ASSOCIATES,

By their Counsel,

_____
Charles R. Bennett, Jr. (BBO #037380)
Kathleen E. Cross (BBO # 556934)
Christopher M. Morrison (BBO #651335)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400
Fax:   (617) 556-8985

Dated: July 13, 2004
*410122*

## CERTIFICATE OF SERVICE

I, Kathleen E. Cross, Esq., hereby certify that on July 13, 2004, I caused a copy of *Debtors' Motion to Dismiss Appeal* and their Memorandum in Support Thereof to be served by hand upon counsel for IP Company,

Richard E. Mikels, Esq.
Kevin J. Walsh, Esq.
Daniel S. Bleck, Esq.
Mintz, Levin, Cohn, Ferris
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

Charles R. Dougherty, Esq.
Epstein Becker & Green, PC
111 Huntington Ave.
Boston, MA 02199

And upon Counsel for the Official Committee of Unsecured Creditors

William R. Baldiga, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Kathleen E. Cross, Esq.

3