UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| I.P. Company, L.L.C., <br><br> Appellant, <br><br> v. <br><br> FORT HILL SQUARE ASSOCIATES and FORT HILL SQUARE PHASE 2 ASSOCIATES, <br><br> Appellees. | C. A. NO. 04-11473-PBS <br><br> Bankruptcy Case Nos. 04-13855 and 04-13857-CJK (Jointly Administered) |

**I.P. COMPANY'S MOTION FOR LEAVE TO FILE
APPEAL BRIEF IN EXCESS OF TWENTY PAGES**

Pursuant to District Court Local Rule 7.1(B)(4), appellant I.P. Company, L.L.C. ("IP Company") respectfully moves for leave to file the accompanying *Appellant's Initial Brief*, which exceeds the twenty-page limit established by Rule 7.1(B)(4) by eight (8) pages.

As grounds for its motion, IP Company states that this appeal raises *eight* specific issues on appeal relating to the cash collateral order issued by the Bankruptcy Court on May 28, 2004, as amended on June 3, 2004. A brief in excess of twenty pages is necessary in order to provide this Court with the comprehensive factual history related to the cash collateral order and the detailed legal analysis necessary to support the issues raised on appeal. As further support for this motion, IP Company states that its brief is significantly shorter than the fifty-page limit permitted for principal briefs in bankruptcy appeals pursuant to Fed. R. Bankr. 8010(c) and, therefore, is a appropriate length to address the issues on a appeal.

**WHEREFORE,** for the foregoing reasons, appellant IP Company respectfully requests leave to file an appeal brief in excess of twenty pages.

Date: July 14, 2004

Respectfully submitted,

I.P. Company L.L.C.

By its attorneys,

*/s/ Michael S. Gardener (Kwm)*
R. Robert Popeo, BBO No. 403360
Richard E. Mikels, BBO No. 345620
Michael S. Gardener, BBO No. 185040
Kevin J. Walsh, BBO No. 629984
Daniel S. Bleck, BBO No. 560328
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Fax: (617) 542-2241