UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| I.P. Company, L.L.C.,<br><br>                    Appellant,<br><br>v.<br><br>FORT HILL SQUARE ASSOCIATES and<br>FORT HILL SQUARE PHASE 2 ASSOCIATES,<br><br>                    Appellees. | C. A. NO. 04-11473-PBS<br><br>Bankruptcy Case Nos.<br>04-13855 and 04-13857-CJK<br>(Jointly Administered) |

### STIPULATION AND PROPOSED ORDER

Appellant I.P. Company, L.L.C. ("IP Company") and Appellees Fort Hill Square Associates and Fort Hill Square Phase 2 Associates ("Debtors"), by and through their undersigned counsel, hereby stipulate, pending approval of this Court, as follows:

1. The deadline for filing and service of IP Company's opposition to Debtors' *Motion to Dismiss Appeal* in the above-captioned action shall be extended from Tuesday, July 27, 2004 to Friday, August 6, 2004.

2. The deadline for filing and service of Debtors' response to IP Company's *Appellant's Initial Brief* in the above-captioned action shall be extended from Thursday, July 29, 2004 to Friday, August 6, 2004.

Counsel requests the aforementioned extensions as a result of anticipated delays during the Democratic National Convention.

Respectfully submitted,

| | |
|---|---|
| **I.P COMPANY, L.L.C.** | **FORT HILL SQUARE ASSOCIATES**<br>**FORT HILL SQUARE PHASE 2 ASSOCIATES** |
| By its attorneys, | By its attorneys, |

*/Michael S. Gardener/hmg*
R. Robert Popeo, BBO No. 403360
Richard E. Mikels, BBO No. 345620
Michael S. Gardener, BBO No. 185040
Kevin J. Walsh, BBO No. 629984
Daniel S. Bleck, BBO No. 560328
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
Tel: 617-542-6000

*/Charles R. Bennett/hmg*
Charles R. Bennett, Jr., BBO No. 037380
Kathleen E. Cross, BBO No. 556934
Christopher M. Morrison, BBO No. 651335
Hanify & King
One Beacon Street
Boston, MA  02108
Tel: 617-423-0400

Dated: July 23, 2004

SO ORDERED:

July _____, 2004

_____
Patti B. Saris, J.

## CERTIFICATE OF SERVICE

I, Helen M. Gerostathos, counsel for IP Company, hereby certify that a copy of the foregoing, **STIPULATION AND PROPOSED ORDER,** was served, this day, via first class mail, postage prepaid, on:

Charles R. Bennett, Jr.
Kathleen E. Cross
Christopher M. Morrison
Hanify & King
One Beacon Street
Boston, MA  02108
Tel: 617-423-0400

July 23, 2004

                                        Helen M. Gerostathos

LIT 1471258v1