UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| I.P. Company, L.L.C.,<br><br>    Appellant,<br><br>v.<br><br>FORT HILL SQUARE ASSOCIATES and<br>FORT HILL SQUARE PHASE 2 ASSOCIATES,<br><br>    Appellees. | C. A. NO. 04-11473-PBS<br>_____<br><br>Bankruptcy Case Nos.<br>04-13855 and 04-13857-JNF<br>(Jointly Administered) |

**STIPULATION AND PROPOSED ORDER**

Appellant I.P. Company, L.L.C. ("IP Company") and Appellees Fort Hill Square Associates and Fort Hill Square Phase 2 Associates ("Debtors"), by and through their undersigned counsel, hereby stipulate, pending approval of this Court, as follows:

1.   The deadline for filing and service of IP Company's reply to the *Brief of Appellees Fort Hill Square Associates and Fort Hill Square Phase 2 Associates* in the above-captioned action shall be extended from Monday, August 16, 2004 to Thursday, August 19, 2004.

2.   Due to the complex nature of the issues involved in the Appeal and Reply, as well as the time in which the Debtors' Brief was received, counsel for IP Company requested, and Debtors' counsel assented, the aforementioned extension of three days, in order to better provide the Court with the necessary comprehensive legal analysis.

Respectfully submitted,

| **I.P COMPANY, L.L.C.** | **FORT HILL SQUARE ASSOCIATES** |
| | **FORT HILL SQUARE PHASE 2 ASSOCIATES** |

By its attorneys,                                              By its attorneys,

/s/ Michael S. Gardener                          /s/ D. Ethan Jeffery
R. Robert Popeo, BBO No. 403360         Charles R. Bennett, Jr., BBO No. 037380
Richard E. Mikels, BBO No. 345620        D. Ethan Jeffery, BBO No. 631941
Michael S. Gardener, BBO No. 185040   Kathleen E. Cross, BBO No. 556934
Kevin J. Walsh, BBO No. 629984            Christopher M. Morrison, BBO No. 651335
Daniel S. Bleck, BBO No. 560328            Hanify & King
Mintz, Levin, Cohn, Ferris,                        One Beacon Street
  Glovsky and Popeo, P.C.                        Boston, MA  02108
One Financial Center                                Tel: 617-423-0400
Boston, MA  02111
Tel: 617-542-6000


Dated: August ____, 2004


SO ORDERED:

August _____, 2004                            _____
                                                                  Patti B. Saris, J.



LIT 1473509v1