UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| I.P. Company, L.L.C.,<br><br>        Appellant,<br><br> v.<br><br>FORT HILL SQUARE ASSOCIATES and<br>FORT HILL SQUARE PHASE 2 ASSOCIATES,<br><br>        Appellees. | C. A. NO. 04-11473-PBS<br>_____<br><br>Bankruptcy Case Nos.<br>04-13855 and 04-13857-JNF<br>(Jointly Administered) |

## STIPULATION AND PROPOSED ORDER

  Appellant I.P. Company, L.L.C. ("IP Company") and Appellee Official Committee of Unsecured Creditors ("Unsecured Creditors"), by and through their undersigned counsel, hereby stipulate, pending approval of this Court, as follows:

  1. The deadline for filing and service of IP Company's reply to the *Brief of Appellee Official Committee of Unsecured Creditors* in the above-captioned action shall be extended from Monday, August 16, 2004 to Thursday, August 19, 2004.

  2. Due to the complex nature of the issues involved in the Appeal and Reply, counsel for IP Company requested, and counsel for Unsecured Creditors assented, the aforementioned extension of three days, in order to better provide the Court with the necessary comprehensive legal analysis.

Respectfully submitted,

| | |
|---|---|
| **I.P COMPANY, L.L.C.** | **FORT HILL SQUARE ASSOCIATES**<br>**FORT HILL SQUARE PHASE 2 ASSOCIATES** |
| By its attorneys, | By its attorneys, |
| /s/ Michael S. Gardener | /s/ William R. Baldiga |
| R. Robert Popeo, BBO No. 403360 | William R. Baldiga, BBO No. 542125 |
| Richard E. Mikels, BBO No. 345620 | Margaret M. Pinkham, BBO No. 561920 |
| Michael S. Gardener, BBO No. 185040 | Amanda Buck Varella, BBO No. 641736 |
| Kevin J. Walsh, BBO No. 629984 | John C. Elstad, BBO No. 654469 |
| Daniel S. Bleck, BBO No. 560328 | BROWN RUDNICK BERLACK ISRAELS, LLP |
| Mintz, Levin, Cohn, Ferris, | One Financial Center |
|   Glovsky and Popeo, P.C. | Boston, MA  02111 |
| One Financial Center | Tel: 617-856-8200 |
| Boston, MA  02111 | |
| Tel: 617-542-6000 | |

Dated: August 12, 2004

SO ORDERED:

August _____, 2004

                                                                           Patti B. Saris, J.

LIT 1473864v1