UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| I.P. COMPANY, L.L.C., | ) |
| | ) |
| Appellant, | ) C.A. NO. 04-11473-PBS |
| | ) |
| v. | ) |
| | ) |
| FORT HILL SQUARE ASSOCIATES and | ) Bankruptcy Case Nos. |
| FORT HILL SQUARE PHASE 2 ASSOCIATES, | ) 04-14855 and 04-13857-CJK |
| | ) (Jointly Administered) |
| Appellees. | ) |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Appendix of Appellees Fort Hill Square Associates and
Fort Hill Square Phase 2 Associates

The original documents are maintained in the case file in the Clerk's office.

Respectfully Submitted,

FORT HILL SQUARE ASSOCIATES and
FORT HILL SQUARE PHASE 2
ASSOCIATES,

By their Counsel,

Charles R. Bennett, Jr. (BBO #037380)
Kathleen E. Cross (BBO # 556934)
Christopher M. Morrison (BBO #651335)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA  02108
(617) 423-0400

Dated: August 6, 2004
#411806