UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| I.P. Company, L.L.C.,<br><br>　　　　　　　　　Appellant,<br><br>v.<br><br>FORT HILL SQUARE ASSOCIATES and<br>FORT HILL SQUARE PHASE 2 ASSOCIATES,<br><br>　　　　　　　　　Appellees. | C. A. NO. 04-11473-PBS<br><br>Bankruptcy Case Nos.<br>04-13855 and 04-13857-CJK<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Helen M. Gerostathos, do hereby certify that on the 14th day of July, 2004, I caused a copy of the following:

1. IP Company's Motion for Leave to File Appeal Brief in Excess of Twenty Pages; and

2. Initial Appeal Brief of IP Company

to be served by hand to the following parties:

**Debtor**
c/o **Charles Bennett, Esq.**
Hanify & King
One Beacon Street
Boston, MA 02108

**Counsel to the Creditors' Committee**
c/o William R. Baldiga, Esq.
John C. Elstad, Esq.
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111



Dated: July 14, 2004

_____
Helen M. Gerostathos

TRA 1922197v1

2004 JUL 14  P 5: 22