UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| I.P. COMPANY, L.L.C., <br>             Appellant, <br><br> v. <br><br> FORT HILL SQUARE ASSOCIATES <br> and FORT HILL SQUARE PHASE 2 <br> ASSOCIATES, <br>             Appellees. | CIVIL ACTION NO. 04-11473-PBS |

**ORDER OF RECUSAL**

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 455(a), I inform the parties that I recuse myself because my husband knows the parties.

                                    /s/ Patti B. Saris
                                    PATTI B. SARIS
                                    United States District Judge