UBS Real Estate Investments Inc.
1285 Avenue of the Americas, 11th Floor
New York, New York 10019

August 19, 2004

IP Company, L.L.C.
c/o Tishman Speyer Properties, L.P.
520 Madison Avenue, 6th Floor
New York, New York 10022

Gentlemen:

In connection with the Bankruptcy Proceeding and the Adversary Proceeding filed by Debtors Fort Hill Square Associates and Fort Hill Square Phase 2 Associates in the United States Bankruptcy Court, District of Massachusetts, Eastern Division, UBS Real Estate Investments Inc. ("UBS") and IP Company agree as follows:

1. UBS consents to IP Company appearing in the Bankruptcy Proceeding and the Adversary Proceeding in its own name to assert the rights of the holder of: the Amendment and Restatement of Mortgage Note (Phase 1), dated February 22, 1993, by and between Fort Hill Square Associates and Teachers Insurance Annuity Association of America ("TIAA"); the Amendment and Restatement of Mortgage Note (Phase 2), dated February 22, 1993, by and between Fort Hill Square Phase 2 Associates and TIAA; and the mortgages described and amended by the Agreement of Confirmation and Amendment of Mortgage Amendment, Spreader and Consolidation Agreement, dated February 22, 1993, by and among Fort Hill Square Associates, Fort Hill Square Phase 2 Associates and TIAA (collectively, the "Mortgage Loans") (including taking action to enforce, prosecute or assert any claim or right arising under or from the aforementioned Mortgage Loans, and defending any claims, offsets or litigation against the holder of the Mortgage Loans that may arise in the Bankruptcy Proceeding and the Adversary Proceeding in connection with the Mortgage Loans).

Please execute this letter in the place provided below to evidence your agreement with the foregoing.

Very truly yours,

UBS REAL ESTATE INVESTMENTS
INC., a Delaware corporation

By: _____
Name: Andrew B. Cohen
Title: Executive Director

By: _____
Name: [illegible] Boyar
Title: Associate Director

AGREED TO:

IP COMPANY, L.L.C., a Delaware limited liability company

By: _____
Name: PAUL A. GALIANO
Title: VICE PRESIDENT

AGREED AND CONSENTED TO:

TISHMAN SPEYER/CROWN EQUITIES, L.L.C.

By: _____
Name: PAUL A. Galiano
Title: Sr. Managing Director