**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No.   04-11473

Title:   I. P. Company, L.L.C. v. Fort Hill Square Associates, et al

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge Saris has been reassigned to Judge Zobel for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials RWZ.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Christine Patch
          Deputy Clerk

Date:  8/20/04

(Notice of LR40.1 Reassign.wpd - 3/15/02)                              [ntccsasgn.]