UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| I.P. Company, L.L.C., <br><br> Appellant, <br><br> v. <br><br> FORT HILL SQUARE ASSOCIATES and FORT HILL SQUARE PHASE 2 ASSOCIATES, <br><br> Appellees. | C. A. NO. 04-11473-RWZ <br><br> _____ <br><br> Bankruptcy Case Nos. <br> 04-13855 and 04-13857-CJK <br> (Jointly Administered) |

**WITHDRAWAL OF APPEAL**

Appellant in the above-captioned case, IP Company, L.L.C., hereby withdraws its above-captioned appeal commenced by the filing of a Notice of Appeal with the United States Bankruptcy Court for the District of Massachusetts on June 7, 2004, with prejudice and without costs.

Dated:  January 10, 2005

Respectfully submitted,

IP COMPANY, L.L.C.

By its attorneys,

 */s/ Michael S. Gardener*
R. Robert Popeo, BBO No. 403360
Richard E. Mikels, BBO No. 345620
Michael S. Gardener, BBO No. 185040
Kevin J. Walsh, BBO No. 629984
John T. Morrier, BBO No. 628624
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Fax: (617) 542-2241

– and –

Charles R. Dougherty, BBO No. 132260
Epstein, Becker and Green
111 Huntington Avenue
Boston, Massachusetts 02199
Telephone: (617) 342-4000
Fax: (617) 342-4001

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| I.P. Company, L.L.C., | |
| Appellant, | C. A. NO. 04-11473-RWZ |
| | C. A. NO. 04-12156-RWZ |
| v. | |
| FORT HILL SQUARE ASSOCIATES and FORT HILL SQUARE PHASE 2 ASSOCIATES, | Bankruptcy Case Nos. 04-13855 and 04-13857-CJK (Jointly Administered) |
| Appellees. | |

### CERTIFICATE OF SERVICE

I, Michael S. Gardener, do hereby certify that on the 11th day of January, 2005, I caused a copy of the within Withdrawal of Appeal to be served by facsimile to the following parties:

**Debtor**
c/o Harold B. Murphy, Esq.
Charles Bennett, Esq.
 Hanify & King
One Beacon Street
Boston, MA 02108

**Counsel to the Creditors' Committee**
c/o William R. Baldiga, Esq.
John C. Elstad, Esq.
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111

**Counsel to the IP Company, L.L.C.**
c/o Charles R. Dougherty, Esq.
Epstein, Becker & Green, P.C.
111 Huntington Avenue
Boston, MA 02199

Dated: January 11, 2005

　　　　　　　　　　　　　　　　　　　　　  /s/ Michael S. Gardener_
　　　　　　　　　　　　　　　　　　　　　Michael S. Gardener